## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ADOPTION OF Z.V.H.    :   No. 87 WM 2020
                                              :
                                              :
PETITION OF: J.H., FATHER    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of November, 2020, the "Application for Allowance of Appeal *Nunc Pro Tunc*," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is DENIED.